

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/18/15 10:36:19 AM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00414-CV**

Trial Court Style: Jose "Joe" Hinojosa v. Firefighters and Police Officers Civil Service Commission of City of Laredo, et al

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/18/2015 10:36:19 AM
KEITH E. HOTTLE
Clerk

Trial Court No.: **2014CVZ000338-D3**

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above referenced appeal. The approximate date of trial was: June 1, 2015; June 30, 2015; July 6, 2015

The record was originally due: September 7, 2015

I anticipate the length of the record to be: 100 pages

I am unable to file the record by the date such record is due because [check one]:

[x] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

[ ] Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: **October 30, 2015**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 9/18/2015

Signature: *Ana Alcantar*

Printed Name: Ana L. Alcantar

Title: Court Reporter

Rev. 1.8.14